IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00343-BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 28 2006

GREGORY C. LANGHAM
CLERK

DAVID ANTHONY PARSON #06-01746,

    Plaintiff,

v.

ARAPAHOE COUNTY COMMISIONERS [sic],
SUSAN BECKMAN,
LYNN MYERS,
AURORA CITY POLICE DEPT. CHIEF RUDY HERRGRER,
DETETIVE [sic] GAELLGOS,
DETECTIVE APPLE,
AURORA MAYOR ED TAUER,
CENTENIAL [sic] MAYOR RANDY PYE,
ARAPAHOE COUNTY DETENTION FACILITY AND TWIN CITIES SECURITY,
SHERIFF J. GRAYSON ROBINSON,
DEPUTY ROBINSON,
DEPUTY FREEMAN,
DEPUTY FINGER,
DEPUTY KILLIAN,
DEPUTY SEXTON,
ARAPAHOE COUNTY CLASSIFICATIONS DEPARTMENT,
MS. DANA,
ARAMARK FOOD SERVICE,
MAURICE WOMACK,
CORRECTIONAL HEALTHCARE MANAGEMENT,
DR. MOSHER AND COMPLETE MEDICAL STAFF JOHN DOE & JANE DOE 1-100,
NURSE TINA,
NURSE LAURA,
COLORADO STATE OFFICE OF THE PUBLIC DEFENDER DAVID KAPLAN,
STEPHEN MCCRACHEN, NANCY /CLASSIFICATIONS ARAP. COUNTY,
RODM 09069-CLASS,
ALL ARAPAHOE COUNTY CITY AND AURORA CITY SHERIFF DEPARTMENT
    OFFICERS AND STAFF INVOLVED IN THIS ACTION IN THEIR INDIVIDUAL
    AND OFFICIAL CAPACITIES THAT ARE NOT CURRENTLY KNOWN BY
    NAME BUT WILL BE DETAILED , and

UNDERCOVER AGENT B.J.,

    Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) _X_ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.

2

(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 24th day of February, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06 - CV - 00343-BNB

David Anthony Parson
Reg. No. 06-01746
Arapahoe County Detention Facilities
P.O. Box 4918
Englewood, CO 80155

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on 2/28/06

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk